# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WARREN E. JOSEPH, JR.

NO. 2023 KW 0227

**MAY 25, 2023**

---

In Re:    Warren E. Joseph, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 248207.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.** See La. Code Crim. P. art. 930.8.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT